USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JEFFREY A. WEDEMIRE, :
:
                    Plaintiff, :
:
        -against- :
:
:
LUIS A. CONCEPCION AND MILLER AUTO :
LEASING CO., :
:
                    Defendant. :
-------------------------------------------------------------- X

20-CV-2319 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 17, 2019 Plaintiff filed a Complaint in the Bronx County Supreme Court (Dkt. 1);

    WHEREAS on March 16, 2020 Defendant filed a Notice of Removal, removing this case to the United States District Court for the Southern District of New York (Dkt. 1);

    WHEREAS venue is proper in a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated," 28 U.S.C. § 1391(b)(2);

    WHEREAS Plaintiff's Complaint indicates that the accident giving rise to this claim occurred at 192 Court Street, Brooklyn, New York 11201 (Dkt. 1, Ex. A);

    WHEREAS Plaintiff failed to provide a well-founded objection why this case should not be transferred to the United States District Court for the Eastern District of New York (Dkt.6);

    IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1404(a), this case is immediately TRANSFERRED to the United States District Court for the Eastern District of New York.

**SO ORDERED.**

**Date: April 6, 2020
New York, New York**

_____
**VALERIE CAPRONI
United States District Judge**